# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 28, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147972

GORDON FOOD SERVICE, INC. and
LIVINGSTON CAPITAL, L.L.C.,
       Plaintiffs-Appellees,

v

STATE TAX COMMISSION,
       Defendant-Appellant,
and

GREEN OAK CHARTER TOWNSHIP,
       Defendant-Appellee

_____/

SC: 147972
COA: 312204
Livingston CC: 11-026462-AA

On order of the Court, the application for leave to appeal the September 25, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 28, 2014 _____


Clerk

t0224